UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>23-1223</u>

SMITH & WESSON BRANDS INC;
SMITH & WESSON SALES CO;
SMITH & WESSON INC,
Appellants

v.

ATTORNEY GENERAL NEW JERSEY;
NEW JERSEY DIVISION OF CONSUMER AFFAIRS

(D.N.J. No. 2-20-cv-19047)

Present: CHAGARES, <u>Chief Judge</u>, MATEY, FUENTES <u>Circuit Judges</u>

1. Motion by Appellant for Leave to File Supplemental Appendix, construed by the Clerk as a motion to expand the record

2. Response by Appellee in Opposition to Motion for Leave to File Supplemental Appendix

3. Reply in Support of Motion for Leave to File Supplemental Appendix with Exhibit

                              Respectfully,
                              Clerk/MS

_____ORDER_____
The foregoing Appellees' motion (ECF 29) is granted in part and denied in part. The motion is granted as to Supplemental Appendix (ECF 21) pages 53-77. <u>See</u> Fed. R. App. P. 10(a). It is denied as to Supplemental Appendix (ECF 21) pages 1-52.

                              By the Court,

                              <u>s/Michael A. Chagares</u>
                              Chief Circuit Judge

Dated: June 21, 2024
MS/cc: All counsel/parties of record